NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNSON INVESTORS LIMITED PARTNERSHIP,**
*Appellant*

**v.**

**UNITED STATES POSTMASTER GENERAL,**
*Appellee*

---

2022-1075

---

Appeal from the United States Postal Service Board of Contract Appeals in Nos. 6822, 6839, Administrative Judge Alan R. Caramella, Administrative Judge Diane M. Mego, Administrative Judge Peter F. Pontzer.

---

## JUDGMENT

---

ALVIN NATHANSON, Nathanson & Goldberg P.C., Boston, MA, argued for appellant. Also represented by SCOTT ADAM SCHLAGER.

DAVID MICHAEL KERR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., PATRICIA M. MCCARTHY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 8, 2022 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |